Alejandro SANCHEZ, Petitioner–Appellant,

v.

John ASHCROFT, U.S. Attorney General, Respondent–Appellee.

No. 04–20269.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 5, 2004.

Salvador Colon, Colon & Olvera, Houston, TX, for Petitioner–Appellant.

Howard E. Rose, Assistant U.S. Attorney, Houston, TX, for Respondent–Appellee.

Before JOLLY, HIGGINBOTHAM, and SMITH, Circuit Judges.

PER CURIAM: *

Alejandro Sanchez, a native and citizen of Mexico, appeals the district court's denial and dismissal of his 28 U.S.C. § 2241

petition for writ of habeas corpus. By failing to challenge to the district court's dismissal of his claim that the immigration judge erred in denying him relief from removal, Sanchez has waived that issue. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987).

Sanchez does challenge the district court's determination that the Board of Immigration Appeals' ("BIA") summary affirmance procedure does not violate his constitutional right to due process. Sanchez' argument is foreclosed by this court's decision in *Soadjede v. Ashcroft,* 324 F.3d 830 (5th Cir.2003). Moreover, one panel of this court may not overrule another. *See United States v. Darrington,* 351 F.3d 632, 634 (5th Cir.2003), *cert. denied,* —— U.S. ——, 124 S.Ct. 2429, 158 L.Ed.2d 994 (2004).

Accordingly, the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.